**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>08 cv 00954 (HHK) |
|---|---|
| DEFENDANT    Property Identified By the Address of:<br>Unit 8C, 207 West Clarendon Avenue, Phoenix, Arizona 85013 | TYPE OF PROCESS Verified Complaint<br>& "Notice of Complaint" |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Unit 8C, 207 West Clarendon Avenue

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Phoenix, Arizona 85013

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Barry Wiegand<br>William R. Cowden<br>Asst. U.S. Attorneys<br>555 4th Street, N.W., 4th Floor<br>Washington, D.C. 20530 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                          Fold

Post & Walk (Post: "Notice of Complaint" and copy of Verified Complaint on the property)

| Signature of Attorney other Originator requesting service on behalf of:<br>*Barry Wiegand*<br>Barry Wiegand, Asst. U.S. Attorney | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(202) 307 - 0299 | DATE<br>6/4/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 16 | District to Serve<br>No. 8 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/6/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ,☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 6/12/08    Time 2 00    ☐ am  ☒ pm |
| | Signature of U.S. Marshal or Deputy<br>*C Go le* |

| Service Fee | Total Mileage Charges including *endeavors*)<br>8.5 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 6/12/08 - Post # Walk completed

**PRINT 5 COPIES** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00