## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office,<br>Judiciary Center Building,<br>555 4th Street, N.W.,<br>Washington, DC 20530,<br><br>    **Plaintiff,**<br><br>  v.<br><br>PROPERTY IDENTIFIED<br>BY THE ADDRESS OF: UNIT 8C,<br>207 WEST CLARENDON AVENUE,<br>PHOENIX, ARIZONA 85013,<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-954 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

  The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notes the filing, as part of the record in the above-captioned case, of the attached <u>Notice of Lis Pendens</u>, filed on June 6, 2008, as Document #20080501669, with the Maricopa County Recorder in Phoenix, Arizona.

              Respectfully submitted,

              JEFFREY TAYLOR
              United States Attorney


      By:  */s/ Barry Wiegand*
          BARRY WIEGAND, D.C. Bar No. 424288
          Assistant  United States Attorney
          Criminal Division, Asset Forfeiture Unit
          555 Fourth Street, N.W., Fourth Floor
          Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I have caused service of the foregoing NOTICE OF FILING to be made by having copies of it posted in the U.S. mails in separate envelopes each stamped with postage sufficient for first-class handling and addressed to: (1) Mr. Jonathan S. Hoekstra at a specific address within the District of Columbia; and, (2) Mr. Hoekstra's counsel in a related matter, Mr. Shawn Moore, Esq., AFPD, 625 Indiana Avenue, N.W., Fifth Floor, Washington, D.C. 20004 (202) 208-7500, (202) 208-7515 (fax) Shawn_Moore@Fd.org on or before this 18th day of August 2008. Because Mr. Hoekstra is a potential litigant in a civil action, I have not given here his full address for reasons of privacy.

      /s/ Barry Wiegand
      BARRY WIEGAND, D.C. Bar No. 424288
      Assistant United States Attorney
      Criminal Division, Asset Forfeiture Unit
      555 Fourth Street, N.W., Fourth Floor
      Washington, D.C. 20530

US DEPARTMENT OF JUSTICE
JUDICIARY CENTER
555 FOURTH ST N W
WASHINGTON DC  20530

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0501669 06/06/08 11:04 AM
1 OF 1

GARCIAC

this area reserved for county recorder

## CAPTION HEADING:

## DO NOT REMOVE

This is part of the official document.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office<br>Judiciary Center Building<br>555 4th Street, N.W.<br>Washington, D.C.  20530<br><br>                Plaintiff,<br><br>v.<br><br>PROPERTY IDENTIFIED<br>BY THE ADDRESS OF: UNIT 8C,<br>207 WEST CLARENDON AVENUE,<br>PHOENIX, ARIZONA 85013<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 08-954 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF LIS PENDENS

Unofficial Document

NOTICE IS HEREBY GIVEN that the above-captioned action has commenced and is now pending in the U.S. District Court for the District of Columbia between the above-named parties.

The general object thereof is to obtain judicial forfeiture of the defendant real property, involved in controlled substance offenses in violations of 21 U.S.C. § 801 *et seq.*

**The names of the persons whose estates or interests are intended to be affected are: Jonathan S. Hoekstra and any other persons alleging an interest in the property.**

The property to be forfeited by reason of the foregoing and pursuant to the provisions contained in 21 U.S.C. § 881(a)(7), and to which this *Lis Pendens* refers, is the real property and premises known as **Unit 8C, 207 West Clarendon Avenue, Phoenix, Arizona 85013**, more particularly described as:

> Apartment Unit 8C Executive Towers, according to the
> Declaration of Horizontal Property Regime recorded December

22, 1971, in Docket 9138, Page 409, and according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 144 of Maps, Page 43.

**Together with an undivided appurtenant interest in and to the common elements, as set forth in said Declaration and as shown on said plat.**

For further information concerning this action, reference may be made to the records of the Civil Docket Clerk of the U.S. District Court for the District of Columbia, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.

WITNESS my hand this 5TH day of June 2008.

*Barry Wiegand*

BARRY WIEGAND
Assistant United States Attorney
D.C. Bar No. 424288
555 4th St., N.W., Room 4818
Washington, D.C. 20530
(202) 307-0299

2

Washington           )
                     ) SS
District of Columbia )

    I, Jessica McCormick Notary Public in and for the District of Columbia, DO HEREBY CERTIFY THAT the United States of America, pray to a certain *Lis Pendens* bearing date on the 5th day of June 2008, and hereto annexed, personally appeared before me in said District of Columbia, Barry Wiegand, Assistant United States Attorney, being personally well known to me as the person who executed the said *Lis Pendens* and acknowledged the same to be his act and deed.

    Given under my hand and seal this 5th day of June 2008.

_____
Notary Public

Jessica McCormick
Notary of Public
District of Columbia
Commission Expires: December 14, 2011

My Commission Expires: _____

3